**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Richard Joseph Guidry
1580 LL&E Tower
909 Poydras St.
New Orleans LA 70112

**REHEARING ACTION: January 2, 2008**

**Docket Number: 07   00225-CW**

**MAY YEN, ET AL**
**VERSUS**
**AVOYELLES PARISH POLICE JURY,**
**ET AL**

**Writ Application from Avoyelles Parish Case No. 2002-4312**

**BEFORE JUDGES:**

    **Hon. Michael G. Sullivan**
    **Hon. Glenn B. Gremillion**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **May Yen** has this day been

    **DENIED.**

cc: John Albert Ellis, Counsel for  the Respondent
    Robert Lewis Bussey, Counsel for the Applicant
    Mary Lauve Doggett, Counsel for the Applicant
    Charles Carmen Foti  Jr., Counsel for the Applicant